**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEMARCO ARMSTEAD,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-4110** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **SHERIFF BALDWIN, *et al.*,** | : | **MAGISTRATE JUDGE SHIMEALL** |
| | : | |
| **Defendants.** | : | |

## OPINION & ORDER

On June 3, 2026, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 38), recommending that this Court dismiss Mr. Armstead's action under Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with Court Orders. Mr. Armstead's objection was due June 17, 2026. (*Id.*). Mr. Armstead was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 5, 2026**